UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ERNEST GILBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:14-cv-00630-RLY-DKL |
| | ) | |
| DR. MARCEL ROHANA, M.D., | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

The court granted Defendant's Motion for Summary Judgment. Therefore, as all claims have been resolved, the court enters final judgment in favor of Defendant and against Plaintiff.

**SO ORDERED** this 23rd day of October 2014.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

1